USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THEIL THAMAR STAPLETON,
         Plaintiff,

    -against-

J. PAGANO, et al.,
         Defendants.
-----------------------------------------------------------X

19 CIVIL 952 (KMK)

**JUDGMENT**

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated August 9, 2021, Defendants' Motion is granted, and Plaintiff's claims are dismissed with prejudice; accordingly, this case is closed.

**Dated:** New York, New York
    August 9, 2021

                  **RUBY J. KRAJICK**
                  _____
                  **Clerk of Court**
          **BY:** _____
                  **Deputy Clerk**